SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEGAN HAWES,<br>     Defendant. | CRIMINAL NO. 18Cr10198<br><br>Count 1:<br>18 U.S.C. § 1709<br>Theft of Mail Matter by Postal Service Employee |

## INDICTMENT

<u>COUNT ONE</u>:  18 U.S.C. § 1709 – Theft of Mail Matter by Postal Service Employee

The Grand Jury charges that:

From in or about at least March, 2017, through on or about May 10, 2018, in Roslindale, in the District of Massachusetts,

MEGAN HAWES,

defendant herein, while employed by the Postal Service, did embezzle letters, packages, bags and mail, and any article and thing contained therein entrusted to her and which came into her possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and of the Postal Service, and stole and removed from any such letter, package, bag, and mail, any article and thing contained therein.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
Foreperson of the Grand Jury

*Suzanne Sullivan Jacobus*
Suzanne Sullivan Jacobus
Assistant United States Attorney

District of Massachusetts; June 21, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 3:43 PM
6/21/18