## Griffin, Kathleen (USAMA)

**From:** ▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Sent:** Saturday, February 23, 2019 2:14 PM
**To:** Griffin, Kathleen (USAMA)
**Subject:** RE: Case 2018R00376

VIN: 5873123

Victim Impact Statement

At least twenty one pieces of mail that I sent were intercepted or lost. Some of the intended recipients did receive mail months after it was delivered. One item was sent to ▮▮▮▮▮▮▮ with a twenty dollar bill enclosed. The card was never received. A second card was mailed to ▮▮▮▮▮▮▮ with a check enclosed. The card was never received and the check was never cashed.

I feel that the accused should make restitution for the twenty dollars. She should be punished for her crimes. The check was never cashed but a crime of intent was committed.

If the victim is herself a victim of drug abuse, I would encourage the judge to get her the treatment she needs. She should have to do some community service, wear a GPS monitor, attend support meetings and make restitution to all those victims who have suffered a monetary loss. I do not think that she would receive the help that she needs if sent to prison. If freed, she should be closely monitored with a strong support system in place so she can truly be rehabilitated. After all she did commit many crimes.

I am writing this letter on behalf of my husband, ▮▮▮▮▮▮▮ and myself.

Sincerely,
▮▮▮▮▮▮▮
▮ Cornell St
Roslindale, MA 02131

Sent from my Verizon, Samsung Galaxy smartphone